IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-01915-ZLW

UNITED STATES OF AMERICA,

       Petitioner,

v.

ROY A. MONTOYA, Jr.,

       Respondent.
_____

## ORDER OF DISMISSAL
_____

       The matter before the Court is Petitioner's Motion To Dismiss filed on November 14, 2005. In consideration thereof, it is

       ORDERED that Petitioner's Motion To Dismiss is dismissed without prejudice, the parties to bear their own costs and fees. It is

       FURTHER ORDERED that the hearing set on November 16, 2005, at 3:30 p.m. is vacated.

       DATED at Denver, Colorado, this  15  day of   November  , 2005.

                                  BY THE COURT:

                                  s/ Zita L. Weinshienk

                                  _____
                                  ZITA L. WEINSHIENK, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT